*William M. Laviano,* in support of the petition.

*Robert J. Murphy,* in opposition.

Decided January 26, 1995

### STATE OF CONNECTICUT *v.* TONY CARSWELL

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 336 (AC 12688), is denied.

*Roy S. Ward,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided January 26, 1995

### STATE OF CONNECTICUT *v.* MACEO TROY STREATER

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 345 (AC 13079), is denied.

*Maceo Troy Streater,* pro se, in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided January 26, 1995

### STATE OF CONNECTICUT *v.* RAFAEL LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 927 (AC 11676), is granted, limited to the following issue: